AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ESA, INC., et al.,                           )<br>       Plaintiffs,     )<br>                       )<br>        v.               )<br>                       )<br>WALTON CONSTRUCTION COMPANY, INC., et al., )<br>       Defendants.   )<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* )<br>WALTON CONSTRUCTION COMPANY, INC., )<br>      Third Party Plaintiff  )<br>                       )<br>       v.               )<br>                       )<br>B.E. RITCHEY, MOORE GLASS SERVICE, POWER PLUS CO. and VLADES CONTRACTORS, INC., )<br>      Third Party Defendants ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:04-CV-75-F** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that Walton's claims against Vlades are DISMISSED for failure to reduce the matter to judgment. The Clerk of Court is DIRECTED to close this case.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 6, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Daniel K. Bryson<br>Kurt F. Hausler<br>P.O. Box 17529<br>Raleigh, NC 27619-7529 | Adam Mitchell Neijna<br>8601 Six Forks Rd., Suite 400<br>Raleigh, NC 27615 |
| Daniel C. Marks<br>419 South Sharon Amity Rd., Suite C<br>Charlotte, NC 28211 | John G. Tillery, III<br>4020 Oleander Dr., Suite 4<br>Wilmington, NC 28403 |

Dennis L. Martin, Jr.
Robert E. Allen
Sarah Patterson Brinson
P.O. Box 7647
Asheville, NC 28802

| | |
|---|---|
| November 6, 2007 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |